Exhibit A

























































